# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gale, Joseph H. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Tax Court
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed songwriter |
| 2. | 2013 | self-employed attorney |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Senate Federal Credit Union | Credit Lines | J |
| 2. | Charles Schwab & Co., Inc. (X) | Margin Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Calvert Grp. Inc. Fund, Calvert Grp, Bethesda, MD | A | Dividend | K | T | | | | | See note Sec. VIII. |
| 2. IRA M&T Bank, Buffalo, NY (cash equivalent) | A | Interest | J | T | | | | | |
| 3. DuPont E.I.deNemours Co. common stock | A | Dividend | K | T | | | | | |
| 4. Vertex Pharmaceuticals, Inc. common stock | | None | M | T | | | | | |
| 5. Wells Fargo & Co. New common stock | A | Dividend | J | T | | | | | |
| 6. Intel Corp. common stock | B | Dividend | L | T | Sold (part) | 12/26/13 | K | A | See note Sec. VIII. |
| 7. Cisco Systems, Inc. common stock | C | Dividend | L | T | Sold (part) | 12/29/13 | K | A | See note Sec. VIII. |
| 8. Smithfield Foods, Inc. common stock (Y) | | None | | | Sold (part) | 09/09/13 | L | E | |
| 9. | | | | | Sold | 09/26/13 | L | E | |
| 10. Tellabs Inc. common stock (Y) | | None | | | Sold | 09/09/13 | J | A | |
| 11. Trust #1 | E | Int./Div. | O | T | | | | | |
| 12. Same as above | | Rent | | | | | | | |
| 13. - Rental Property #1, Smithfield, VA | | | | | | | | | |
| 14. - Rental Property #2, Smithfield, VA | | | | | | | | | |
| 15. - Hartford Life Insurance Co. variable annuity | | | | | | | | | |
| 16. - CAIBX mutual fund | | | | | | | | | |
| 17. - FRDPX mutual fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AMECX mutual fund | | | | | | | | | |
| 19. - Rental property #3, Smithfield, VA | | | | | | | | | |
| 20. Sprint Nextel Corp (Y) | | None | | | Redeemed | 07/11/13 | J | A | See Note Sec. VIII. |
| 21. Express Scripts Holding Co. | | None | J | T | | | | | |
| 22. IRA - Edward D. Jones & Co. | B | Int./Div. | L | T | | | | | |
| 23. - Bell South Tele. Inc. debenture (Y) | | | | | Sold | 05/21/13 | J | A | |
| 24. - Citigroup Inc. subordinated note | | | | | | | | | |
| 25. - JP Morgan Chase & Co. notes | | | | | | | | | |
| 26. - AT&T Inc. common stock | | | | | | | | | |
| 27. - Bank of America Corp. common stock | | | | | | | | | |
| 28. - Johnson & Johnson common stock | | | | | | | | | |
| 29. - Medtronic Inc. common stock | | | | | | | | | |
| 30. - Proctor & Gamble Co. common stock | | | | | | | | | |
| 31. - Smithfield Foods, Inc. common stock (Y) | | | | | Redeemed | 09/30/13 | J | B | |
| 32. Insured Municipal Income Trust Series ▮ unit trust | A | Interest | J | T | | | | | |
| 33. VA Investors Qual. Tax Exempt Series ▮ unit trust | A | Interest | J | T | | | | | |
| 34. CA Water Service Group common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chevron Corp. common stock | C | Dividend | M | T | | | | | See note sec. VIII. |
| 36. Teradata Corp DEL common stock | | None | J | T | | | | | |
| 37. Invesco Van Kampen Comstock Fund Class C mutual fund | A | Int./Div. | J | T | | | | | |
| 38. Invesco Van Kampen Hi Yield Mun. Fund Class A mut. fund | A | Int./Div. | J | T | | | | | |
| 39. Achillion Pharma Inc. common stock (X) | | None | J | T | | | | | |
| 40. Agilent Technologies Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 41. Akamai Technologies common stock (X) | | None | K | T | | | | | |
| 42. Apple Inc. common stock (X) | C | Dividend | M | T | | | | | |
| 43. Beam Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 44. Exxon Mobil Corp. common stock (X) | C | Dividend | M | T | | | | | |
| 45. General Electric Co. common stock (X) | C | Dividend | L | T | | | | | |
| 46. Idenix Pharmaceuticals common stock (X) | | None | J | T | | | | | |
| 47. McDonalds Corp. common stock (X) | C | Dividend | L | T | | | | | |
| 48. Oracle Corp. common stock (X) | A | Dividend | L | T | | | | | |
| 49. Pfizer Corp. common stock (X) | B | Dividend | K | T | | | | | |
| 50. Rollover IRA-Charles Schwab & Co., Inc. (X) | D | Dividend | O | T | | | | | |
| 51. - Achillion Pharma Inc. common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Akamai Technologies common stock | | | | | | | | | |
| 53. - Apple Inc. common stock | | | | | | | | | |
| 54. - Facebook Inc. Class A common stock | | | | | | | | | |
| 55. - General Electric Co. common stock | | | | | | | | | |
| 56. - Idenix Pharmaceuticals common stock | | | | | | | | | |
| 57. - Verizon Communications common stock | | | | | | | | | |
| 58. - Vertex Pharmaceuticals common stock | | | | | | | | | |
| 59. Century Link Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 60. AT&T Inc. New common stock (X) | A | Dividend | J | T | | | | | |
| 61. Altria Group Inc. common stock (X) | | None | K | T | | | | | |
| 62. Amer Electric Pwr Co. Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 63. BB&T Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 64. Bristol-Myers Squibb Co. common stock (X) | A | Dividend | J | T | | | | | |
| 65. Coca Cola Company common stock (X) | A | Dividend | K | T | | | | | |
| 66. Dominion Res Inc. VA New common stock (X) | A | Dividend | K | T | | | | | |
| 67. Imperial TOB Gp PLC ADRF common stock (X) | | None | J | T | | | | | |
| 68. Kraft Foods Group common stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gale, Joseph H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Medtronic Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 70. Mondelez Int'l Inc. CLA common stock (X) | A | Dividend | J | T | | | | | |
| 71. Norfolk Southern Corp. common stock (X) | A | Dividend | K | T | | | | | |
| 72. Pepco Holdings Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 73. Philip Morris Int'l Inc. common stock (X) | A | Dividend | K | T | | | | | |
| 74. Reynolds American Inc. common stock (X) | | None | J | T | | | | | |
| 75. Sprint Corp common stock (X) | | None | J | T | | | | | |
| 76. Suntrust Banks Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 77. Verizon Communications common stock (X) | A | Dividend | K | T | | | | | |
| 78. Windstream Hldgs Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 79. Invesco High Yield Fund Class A mutual fund (X) | A | Dividend | J | T | | | | | |
| 80. Invesco U.S. Mortgage Fund mutual fund (X) | A | Dividend | J | T | | | | | |
| 81. MFS VA Muni Bond Fund Class A mutual fund (X) | A | Dividend | J | T | | | | | |
| 82. American Fund Europacific mutual fund (X) | A | Dividend | J | T | | | | | |
| 83. American Fund Income Fund mutual fund (X) | A | Dividend | J | T | | | | | |
| 84. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

1. Mutual Fund.

6. Additional Intel Corp. common stock acquired in 2013 in nonreportable transaction.

7. Additional Cisco System, Inc. common stock acquired in 2013 in nonreportable transaction.

20. Sprint Nextel common stock was redeemed for cash and Sprint Corp. common stock (value and income below reporting threshhold).

35. Additional Chevron Corp. common stock acquired in 2013 in nonreportable transaction.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph H. Gale**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544